**Order entered January 13, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00987-CR

**BRANDON CHARLES SAMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75082-S**

## ORDER

Before the Court is appellant's January 9, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on or before February 10, 2020. We caution appellant that further extensions are not favored.

/s/    CORY L. CARLYLE
          JUSTICE